GEORGE B. SWAIN et al., appellants,

*v.*

WILLIAM R. FRAZIER, administrator, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Frazier* v. *Swain, 9 Stew. Eq. 156.*

Ramsey v. Voorhees.

*Mr. Carl Lentz,* for appellants.

*Mr. L. De Witt Taylor,* for respondent.

The opinion of the court was delivered by

DIXON, J.

[As only matters of fact were decided, this opinion has, by Mr. Justice Dixon's direction, not been published.]

*Decree unanimously reversed.*